**IN THE UNITED STATES COURT OF APPEALS  
FOR THE FIFTH CIRCUIT**

United States Court of Appeals  
Fifth Circuit

**F I L E D**  
September 22, 2011

No. 08-30328  
Summary Calendar

Lyle W. Cayce  
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CEDRIC JAMES SINEGAL, also known as Boobie,

Defendant-Appellant

Appeal from the United States District Court  
for the Western District of Louisiana  
USDC No. 2:99-CR-20043-1

Before KING, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Cedric James Sinegal in his proceeding pursuant to 18 U.S.C. § 3582(c)(2) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Sinegal has not filed a response.

During the pendency of this appeal, Sinegal completed his sentence of imprisonment and began a term of supervision. The appeal is, therefore, moot. *See United States v. Booker*, 645 F.3d 328, 2011 WL 2505070, at *1 (5th Cir.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-30328

2011).  The appeal is dismissed and counsel's motion to withdraw is denied as unnecessary.

APPEAL DISMISSED; MOTION DENIED.